IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF LAWRENCE W. HALL, and WESLEY
BRYANT, as Owners of a 2017 Tidewater
210 LXF with Hull ID Number
NLPZF1211617, its engines, tackle, apparel,
etc. for Exoneration from or Limitation of
Liability,

CASE No.: 6:19-cv-00235-RBD-GJK

   Petitioners.
_____/

## NOTICE OF FILING AFFIDAVIT OF PROOF OF PUBLICATION

Petitioners, Lawrence W. Hall and Wesley Bryant, by and through undersigned counsel, and in accordance with Supplemental Rule F(4) and Middle District Local Admiralty Rule 7.06(b), hereby files the Affidavit of Proof of Publication of the Notice to Claimant of Complaint for Exoneration From or Limitation Of Liability.

Dated: April 19, 2019.

Respectfully submitted,

_____
Eric C. Thiel – FBN 016267
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
ethiel@bankerlopez.com
Attorneys for Petitioners