

# Orlando Sentinel

**Published Daily**
**ORANGE County, Florida**

**State Of Illinois**
**County Of Cook**

Before the undersigned authority personally appeared Spencer Clark, who on oath says that he or she is an Advertising Representative of the ORLANDO SENTINEL, a DAILY newspaper published at the ORLANDO SENTINEL in ORANGE County, Florida; that the attached copy of advertisement, being a Legal Notice in the matter of 11200-Misc. Legal, Case No.: 6:19-cv-00235-Orl-37GJK was published in said newspaper in the issues of Mar 20, 2019; Mar 27, 2019; Apr 03, 2019; Apr 10, 2019.

Affiant further says that the said ORLANDO SENTINEL is a newspaper Published in said ORANGE County, Florida, and that the said newspaper has heretofore been continuously published in said ORANGE County, Florida, each day and has been entered as periodicals matter at the post office in ORANGE County, Florida, in said ORANGE County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

_____        **Spencer Clark**
Signature of Affiant                        Name of Affiant

Sworn to and subscribed before me on this 10 day of April, 2019, by above Affiant, who is personally known to me ( X ) or who has produced identification ( ).

_____
Signature of Notary Public

> OFFICIAL SEAL
> JAMES D MORGAN
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:09/07/21

_____
Name of Notary, Typed, Printed, or Stamped

**Sold To:**
Banker Lopez Gassler PA - CU00427319
501 E Kennedy Blvd Ste 1500
TAMPA, FL, 33602

**Bill To:**
Banker Lopez Gassler PA - CU00427319
501 E Kennedy Blvd Ste 1500
TAMPA, FL, 33602

6194702



**EXHIBIT A**
**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA ORLANDO**
**DIVISION "IN ADMIRALTY"**

IN THE MATTER OF
THE COMPLAINT OF
LAWRENCE W. HALL, and WESLEY
BRYANT, as Owners
of a 2017 Tidewater 210
LXF with Hull
ID Number NLPZF1211617, its
engines, tackle, apparel,
etc. for Exoneration
from or Limitation of Liability,

Petitioners.

Case No.: 6:19-cv-00235-Orl-37GJK

**NOTICE TO CLAIMANT OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is given that the above named Petitioners have filed a Complaint, pursuant to 46 U.S.C. § 30501 et. seq., for exoneration from or limitation of liability for all claims of damages or injuries, arising out of or occurring as result of an accident which occurred on July 28, 2018, while a vessel, 2017 Tidewater 210 LXF with Hull ID Number NLPZF1211617, was operating in the Indian River in the vicinity of the Atlantic Intracoastal Waterway near Edgewater, Florida. The incident is more fully described in the Verified Complaint.

All persons having claims for damage or injury must file their respective claims, as provided in Supplemental Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, on or before April 29, 2019, with:

Clerk of the Court
United States Courthouse
401 West Central Boulevard
Suite 1200
Orlando, Florida 32801-0120

and serve a copy on Petitioners' attorneys:

Eric Thiel, Esq.
Banker Lopez Gassler P.A.
501 East Kennedy Boulevard
Suite 1700
Tampa, Florida 33602

If any claimant desires to contest either the right to Exoneration From or the right to Limitation of Liability, he or she shall file and serve on Petitioners' attorney an answer to the Complaint on or before April 29, 2019, unless his claim has included an answer, so designated, or be defaulted.

DATED this 12th day of March, 2019, in Orange County, Florida.
CLERK OF THE COURT
By: Lauren Moyer
Deputy Clerk

OS6194702        3/20, 3/27, 4/3, 4/10/2019

6194702