UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN THE MATTER OF THE
COMPLAINT OF LAWRENCE W.
HALL and WESLEY BRYANT, as
Owners of a 2017 Tidewater 210 LXF
with Hull ID Number NLPZF1211617,              Case No. 6:19-cv-235-Orl-37GJK
its engines, tackle, apparel, etc. for
Exoneration from or Limitation of
Liability,

        Petitioners.

_____

## ORDER

    Petitioners Lawrence W. Hall and Wesley Bryant filed this statutory action in

admiralty seeking exoneration or limitation of liability. (*See* Doc. 1 ("**Complaint**").) On

Petitioners' motion, the Court directed the issuance of a notice that required all potential

claimants to make a claim by April 29, 2019. (Docs. 4–6.) Following the notice period,

Petitioners obtained entries of default against all non-filing claimants, including The

Rawlings Group, Blue Cross & Blue Shield of Florida, Inc., and any and all claimants who

have failed to plead or otherwise defend.[1] (Docs. 14–16.) Now, Petitioners move for

default judgment against all non-filing claimants. (*See* Doc. 20 ("**Motion**").) On referral,

U.S. Magistrate Judge Gregory J. Kelly recommends the Court grant the Motion, finding

Petitioners fulfilled their obligations under Supplemental Rule F and the non-filing

---

[1] Only Barbara Hooker individually and Barbara Hooker as Personal
Representative of the Estate of Brian Hooker filed a claim by the deadline. (*See* Doc. 9.)
However, Petitioners settled those claims. (*See* Docs. 19, 21.)

claimants failed to file a claim or answer within the established notice period. (Doc. 22 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 22) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Petitioners' Renewed Unopposed Motion for Entry of Final Default Judgment (Doc. 20) is **GRANTED.**

3. The Clerk is **DIRECTED** to enter default judgment in favor of Petitioners Lawrence W. Hall and Wesley Bryant and against The Rawlings Group, Blue Cross & Blue Shield of Florida, Inc., and any and all claimants who have failed to plead or otherwise defend.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 15, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record